IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY BRENT REESE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-07-1024-D |
| ) | |
| GREG PROVENCE, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER AND JUDGMENT

This matter comes before the Court upon the Report and Recommendation issued by United States Magistrate Judge Valerie K. Couch pursuant to 28 U.S.C. § 636(b)(1), recommending denial of the petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner, who appears with counsel in this action, has neither filed a timely objection nor requested additional time to object. Therefore, Petitioner has waived further review of all issues. The Report and Recommendation [Doc. No. 16] is adopted in its entirety.

The Petition for Writ of Habeas Corpus [Doc. 1] is DENIED. Judgment is entered in favor of the Respondent, Warden Greg Provence.

Entered this 26th day of March, 2008.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE